1  McGREGOR W. SCOTT
   United States Attorney
2  STEPHANIE HAMILTON BORCHERS
   Assistant United States Attorney
3  United States Courthouse
   2500 Tulare Street, Suite 4401
4  Fresno, California 93721
   Telephone: (559) 497-4000
5  Facsimile: (559) 497-4099

6  Attorneys for Plaintiff

7

8              IN THE UNITED STATES DISTRICT COURT FOR THE

9                      EASTERN DISTRICT OF CALIFORNIA

10

11 | UNITED STATES OF AMERICA,              )   1:08-CV-01428-AWI-DLB
   |                                        )
12 |                Plaintiff,               )   APPLICATION AND ORDER FOR
   |                                        )   PUBLICATION
13 |        v.                               )
   |                                        )
14 |                                        )
   | APPROXIMATELY $8,635.46 IN U.S.         )
15 | CURRENCY SEIZED FROM BANK OF            )
   | THE WEST SAVINGS ACCOUNT                )
16 | NUMBER 088-271044,                      )
   |                                        )
17 |                Defendants.              )
   | _____         )

18

19      The United States of America, Plaintiff herein, applies for an order of publication as

20 follows:

21      1.   Rule G(4) of the Supplemental Rules for Admiralty or Maritime Claims and Asset

22 Forfeiture Actions (hereafter "Supplemental Rules") provides that the Plaintiff shall cause public

23 notice of the action and arrest to be given in a newspaper of general circulation or on the official

24 internet government forfeiture site;

25      2.   Local Rule 83-171, Eastern District of California, provides that the Court shall

26 designate by order the appropriate newspaper or other vehicle for publication;

27      3.   The defendant approximately $8,635.46 in U.S. Currency seized from Bank of

28 The West Savings Account Number 088-271044 (hereafter "defendant funds") were seized in the

city of Visalia, in Tulare, California. The Drug Enforcement Administration ("DEA") published notice of the non judicial forfeiture of the defendant funds on June 9, 16, and 23, 2008, in the *Wall Street Journal*.

    4.    Plaintiff proposes that publication be made as follows:

        a.    One publication;

        b.    Thirty (30) consecutive days;

        c.    On the official internet government forfeiture site www.forfeiture.gov;

        d.    The publication is to include the following:

            (1)    The Court and case number of the action;

            (2)    The date of the arrest/seizure;

            (3)    The identity and/or description of the property arrested/seized;

            (4)    The name and address of the attorney for the Plaintiff;

            (5)    A statement that claims of persons entitled to possession or claiming an interest pursuant to Supplemental Rule G(5) must be filed with the Court and served on the attorney for the Plaintiff no later than 60 days after the first day of publication on the official internet government forfeiture site; and

            (6)    A statement that answers to the Complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure ("Fed. R. Civ. P.") must be filed and served within 20 days after the filing of the claims and, in the absence thereof, default may be entered and condemnation ordered.

Dated: Sept. 25, 2008                          McGREGOR W. SCOTT
                                                  United States Attorney

                                                  /s/ Stephanie Hamilton Borchers
                                                  STEPHANIE HAMILTON BORCHERS
                                                  Assistant United States Attorney

## ORDER

IT IS SO ORDERED.

Dated:   **September 25, 2008**                **/s/ Dennis L. Beck**
                                                         UNITED STATES MAGISTRATE JUDGE