```
 1  LAWRENCE G. BROWN
    Acting United States Attorney
 2  DEANNA L. MARTINEZ
    Assistant United States Attorney
 3  United States Courthouse
    2500 Tulare Street, Suite 4401
 4  Fresno, California 93721
    Telephone: (559) 497-4000
 5  Facsimile: (559) 497-4099

 6  Attorneys for Plaintiff

 7

 8               IN THE UNITED STATES DISTRICT COURT FOR THE

 9                      EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,          ) 1:08-CV-01428-AWI-SMS
                                       )
12          Plaintiff,                 ) STIPULATION AND ORDER
                                       ) STAYING ACTION
13     v.                              )
                                       ) VACATING SCHEDULING CONFERENCE
14  APPROXIMATELY $8,635.46 IN U.S.    )
    CURRENCY SEIZED FROM BANK OF       ) HEARING DATE of: AUGUST 17, 2009 at
15  THE WEST SAVINGS ACCOUNT           )
    NUMBER 088-271044,                 ) 9:30a.m. before Judge Snyder
16                                     )
            Defendant.                 )
17  _____)
```

It is hereby stipulated by and between plaintiff United States of America by and through its undersigned counsel and Pro Se Claimant Hortencia Flores, in the above-entitled forfeiture action, as follows:

1. Claimant Hortencia Flores is presently facing federal criminal charges in the Eastern District of California, *United States v. Eustorgio Flores, et al.*, 1:08-CR-00124-AWI, allegedly relating to transactions or events which form the basis for this civil forfeiture action;

2. The parties recognize that proceeding with this action has potential adverse affects on the prosecution of the related-criminal case and/or upon claimant Hortencia Flores' right against self-incrimination in the related federal criminal case;

3. Publication of the civil forfeiture action has been completed and to date only Hortencia Flores has filed a claim or answer, or otherwise appeared in this action, and the time

1  for which any other persons or entities to file a claim or answer has expired.

2  THEREFORE, the parties to this action stipulate as follows:

3  1. Pursuant to 18 U.S.C. § 981(g), this action shall be stayed pending the conclusion
4  of the federal criminal action pending against Hortencia Flores in the Eastern District of
5  California.

6  IT IS SO STIPULATED.

Dated:  July 7, 2009    LAWRENCE G. BROWN
Acting United States Attorney

 /s/ Deanna L. Martinez
DEANNA L. MARTINEZ
Assistant United States Attorney

Dated: 7/1/09    /s/ Hortencia Flores
HORTENCIA FLORES
In Propria Persona

(original signature retained by attorney)

IT IS SO ORDERED.

IT IS FURTHER ORDERED THAT the Scheduling Conference hearing date of August 17, 2009 at 9:30a.m. is hereby Ordered Vacated.

IT IS SO ORDERED.

**Dated:    July 14, 2009**       /s/ Sandra M. Snyder
UNITED STATES MAGISTRATE JUDGE