1  BENJAMIN B. WAGNER
   United States Attorney
2  HEATHER MARDEL JONES
   Assistant United States Attorney
3  United States Courthouse
   2500 Tulare Street, Suite 4401
4  Fresno, California 93721
   Telephone: (559) 497-4000
5  Facsimile: (559) 497-4099

6  Attorneys for United States

7

8           IN THE UNITED STATES DISTRICT COURT FOR THE

9                  EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,        )  1:08-CV-01428 --- GSA
                                    )
12          Plaintiff,               )  **STIPULATION AND ORDER**
                                    )  **LIFTING  STAY**
13     v.                            )
                                    )  **(Doc. 34)**
14 APPROXIMATELY $8,635.46 IN U.S.  )
   CURRENCY SEIZED FROM BANK        )
15 OF THE WEST SAVINGS ACCOUNT      )
   NUMBER 088-271044,               )
16                                  )
            Defendant.               )
17 _____  )

18     It is hereby stipulated by and between plaintiff United States of America by

19 and through its undersigned counsel and Pro Se Claimant Hortencia Flores, in the

20 above-entitled forfeiture action, as follows:

21     1.   This stipulation is executed by all parties who have appeared in and

22 are affected by this action;

23     2.   The parties are requesting the Court lift the stay in the above-

24 captioned civil forfeiture matter.  Since the time of the Order Staying this forfeiture

25 action the related criminal case *United States v. Eustorgio Flores, et al.*, 1:08-CR-

26 00124-AWI has been resolved as to claimant Hortencia Flores.

27 ///

28 ///

3. The parties wish to proceed with this action and agree that moving forward at this time would not adversely affect the prosecution of the related criminal case.

                      Respectfully submitted,

Dated: October 14, 2011           BENJAMIN B. WAGNE/R
                                    United States Attorney

                      /s/ Heather Mardel Jones
                      HEATHER MARDEL JONES
                      Assistant U.S. Attorney

Dated: 9/28/11                 /s/ Hortencia Flores
                      HORTENCIA FLORES
                      Claimant, In Propria Persona

                      (original signature retained by attorney)

## ORDER

Pursuant to the stipulation of the parties file on October 14, 2011 and for good cause appearing, the stay is lifted. A scheduling conference will be held before the undersigned on December 13, 2011 at 9:30 am in courtroom 10. The parties shall submit a joint scheduling conference report no later than five days prior to the scheduling conference.

IT IS SO ORDERED.

**Dated: October 20, 2011**           /s/ **Gary S. Austin**
                                    UNITED STATES MAGISTRATE JUDGE