1  BENJAMIN B. WAGNER
United States Attorney
2  HEATHER MARDEL JONES
Assistant United States Attorney
3  United States Courthouse
2500 Tulare Street, Suite 4401
4  Fresno, California 93721
Telephone: (559) 497-4000
5  Facsimile: (559) 497-4099

6  Attorneys for United States

7

8  IN THE UNITED STATES DISTRICT COURT FOR THE

9  EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,      )   1:08-CV-01428 --- GSA
                                   )
12         Plaintiff,               )   **STIPULATION AND ORDER**
                                   )   **LIFTING  STAY**
13     v.                           )
                                   )   **(Doc. 34)**
14  APPROXIMATELY $8,635.46 IN U.S. )
    CURRENCY SEIZED FROM BANK       )
15  OF THE WEST SAVINGS ACCOUNT     )
    NUMBER 088-271044,              )
16                                   )
           Defendant.                )
17  _____)

18      It is hereby stipulated by and between plaintiff United States of America by

19  and through its undersigned counsel and Pro Se Claimant Hortencia Flores, in the

20  above-entitled forfeiture action, as follows:

21      1.   This stipulation is executed by all parties who have appeared in and

22  are affected by this action;

23      2.   The parties are requesting the Court lift the stay in the above-

24  captioned civil forfeiture matter.  Since the time of the Order Staying this forfeiture

25  action the related criminal case *United States v. Eustorgio Flores, et al.*, 1:08-CR-

26  00124-AWI has been resolved as to claimant Hortencia Flores.

27  ///

28  ///

1     3.    The parties wish to proceed with this action and agree that moving
2 forward at this time would not adversely affect the prosecution of the related
3 criminal case.

                Respectfully submitted,

Dated: October 14, 2011            BENJAMIN B. WAGNE/R
                                                           United States Attorney

                                                           /s/ Heather Mardel Jones
                                                           HEATHER MARDEL JONES
                                                           Assistant U.S. Attorney

Dated: 9/28/11                        /s/ Hortencia Flores
                                                          HORTENCIA FLORES
                                                           Claimant, In Propria Persona

                                                           (original signature retained by attorney)

## ORDER

Pursuant to the stipulation of the parties file on October 14, 2011 and for good cause appearing, the stay is lifted. A scheduling conference will be held before the undersigned on December 13, 2011 at 9:30 am in courtroom 10. The parties shall submit a joint scheduling conference report no later than five days prior to the scheduling conference.

IT IS SO ORDERED.

**Dated: October 20, 2011**           /s/ **Gary S. Austin**
                                                           UNITED STATES MAGISTRATE JUDGE