IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,   )<br>  )<br>    Plaintiff,   )<br>  )<br>v.   )<br>  )<br>APPROXIMATELY $8,635.46 IN U.S.  )<br>CURRENCY SEIZED FROM BANK  )<br>OF THE WEST SAVINGS ACCOUNT  )<br>NUMBER 088-271044,   )<br>  )<br>    Defendant.   )<br>_____ ) | 1:08-CV-01428-GSA<br><br>**FINAL JUDGMENT OF FORFEITURE** |

Pursuant to the Stipulation for Final Judgment of Forfeiture filed herein, the Court finds:

    1.    This is a civil forfeiture action against defendant approximately $8,635.46 in U.S. Currency seized from Bank of The West Savings Account Number 088-271044 (hereafter "defendant funds").

    2.    A Verified Complaint for Forfeiture *In Rem* was filed on September 24, 2008, alleging that said defendant funds are subject to forfeiture to the United States of America pursuant to 21 U.S.C. § 881(a)(6).

    3.    On September 25, 2008, the Clerk issued a Warrant for Arrest for the

1  defendant funds, which was duly executed on October 9, 2008.

2      4.   Beginning on October 3, 2008, for at least 30 consecutive days, the
3  United States published notice of this action on the official government forfeiture
4  site www.forfeiture.gov.  A Declaration of Publication was filed on November 5,
5  2008.

6      5.   In addition to public notice on the official internet government
7  forfeiture site www.forfeiture.gov, actual notice or attempted notice was given to
8  the following individuals:

9          a. Hortencia Flores
10         b. Eustorgio Flores

11     6.   On November 3, 2008 Hortencia Flores filed a Verified Claim in this
12 action.  On January 8, 2009, Hortencia Flores filed an Answer to the Complaint.

13     7.   The Clerk of the Court entered a Clerk's Certificate of Entry of Default
14 against Eustorgio Flores on December 23, 2008.  Pursuant to Local Rule 540, the
15 United States and Claimant Hortencia Flores thus join in a request that as part of
16 this Final Judgment of Forfeiture in this case the Court enter a default judgment
17 against the interests if any, of Eustorgio Flores.

18     8.   Claimant Hortencia Flores states that she is the sole owner of the
19 defendant funds and has authority to enter into this agreement.

20     9.   No other parties have filed claims or answers in this matter, and the
21 time for which any person or entity may file a claim and answer has expired.

22     Based on the above findings, and the files and records of the Court, it is
23 hereby

24     ORDERED AND ADJUDGED:

25     1.   The Court adopts the Stipulation for Final Judgment of Forfeiture
26 entered into by and between the parties to this action.

27     2.   That judgment is hereby entered against Claimant Hortencia Flores,
28 Eustorgio Flores, and all other potential claimants who have not filed claims in this

action.

3. Upon entry of a Final Judgment of Forfeiture herein $7,635.46 of the defendant approximately $8,635.46 in U.S. Currency Seized From Bank of the West Account Number 088-271044, together with any interest that may have accrued on the full amount of the defendant approximately $8,635.46 in U.S. Currency Seized From Bank of the West Account Number 088-271044, shall be forfeited to the United States pursuant to 21 U.S.C. § 881(a)(6), to be disposed of according to law.

4. Within 45 days of entry of a Final Judgment of Forfeiture, $1,000.00 of the defendant approximately $8,635.46 in U.S. Currency Seized From Bank of the West Account Number 088-271044, shall be returned to Claimant Hortencia Flores at, 908 S. "T" Street, Tulare, California 93274.

5. That plaintiff United States of America and its servants, agents, and employees, and all other public entities, their servants, agents, and employees, are released from any and all liability arising out of or in any way connected with the seizure, arrest, or forfeiture of the defendant funds. This is a full and final release applying to all unknown and unanticipated injuries, and/or damages arising out of said seizure, arrest, or forfeiture, as well as to those now known or disclosed. The parties waived the provisions of California Civil Code § 1542.

6. That pursuant to the stipulation of the parties, and the allegations set forth in the Complaint filed on or about September 24, 2008, the Court finds that there was reasonable cause for the seizure and arrest of the defendant funds, and for the commencement and prosecution of this forfeiture action, and a Certificate of Reasonable Cause pursuant to 28 U.S.C. § 2465 shall be entered accordingly.

///
///
///
///
///

7. All parties shall bear their own costs and attorneys' fees.

8. The Court shall maintain jurisdiction to enforce the terms of this Final Judgment of Forfeiture.

SO ORDERED THIS 4rd day of May, 2012.

Gary S. Austin
GARY S. AUSTIN
United States Magistrate Judge

CERTIFICATE OF REASONABLE CAUSE

Based upon the allegations set forth in the Complaint for Forfeiture *In Rem* filed September 24, 2008, and the Stipulation for Final Judgment of Forfeiture filed herein, the Court enters this Certificate of Reasonable Cause pursuant to 28 U.S.C. § 2465, that there was reasonable cause for the seizure or arrest of the defendant funds, and for the commencement and prosecution of this forfeiture action.

Dated: May 4th

Gary S. Austin
GARY S. AUSTIN
United States Magistrate Judge