# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>           Plaintiffs,<br><br>  v.<br><br>APPROXIMATELY $8,635.46 IN U.S. CURRENCY SEIZED FROM BANK OF THE WEST SAVINGS ACCOUNT NUMBER 088-271044,<br><br>           Defendant. | 1:08–cv-1428 GSA<br><br>ORDER DIRECTING THE CLERK OF THE COURT TO CLOSE CASE |

In light of the Final Judgment of Forfeiture issued on May 4, 2012, the Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

**Dated:   May 7, 2012**              /s/ **Gary S. Austin**
                                                         UNITED STATES MAGISTRATE JUDGE